IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 16-403-5 |
| | : | |
| v. | : | CIVIL ACTION No. 20-2535 |
| | : | |
| LAMAR GRIFFIN | : | |

# **ORDER**

AND NOW, this 31st day of October, 2023, upon consideration of Defendant Lamar Griffin's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence and Notice of Authority Governing 28 U.S.C. § 2255 Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 412) is DENIED.

It is further ORDERED a certificate of appealability shall not issue because Griffin has failed to make a substantial showing of the denial of a constitutional right.

The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

　/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.